959 A.2d 902

Marguerite DUTTON, Petitioner

v.

CITY OF PHILADELPHIA, Respondent.

No. 111 EM 2008.

Supreme Court of Pennsylvania.

Oct. 20, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of October, 2008, the Petition for Review is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.